```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17548
   DAVID W. KARIOTT
   JOWANNA KARIOTT                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-8992     SSN XXX-XX-4379


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/26/07 .

     2.  The case was converted to Chapter 7 without confirmation, 01/10/2008.

     3.  The Debtor paid a total of $    1721.14 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG       .00              .00            .00
AES STUDENT LOAN SRV CTR   UNSECURED      NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED      NOT FILED             .00            .00
COMPUCREDIT CORP           UNSECURED      NOT FILED             .00            .00
DISCOVER BANK              UNSECURED      NOT FILED             .00            .00
EDUCAID                    UNSECURED      NOT FILED             .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED             .00            .00
SM SERVICING               UNSECURED      NOT FILED             .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00            .00
PRINCIPAL PAID          .00         .00         .00         .00            .00
INTEREST PAID           .00         .00         .00         .00            .00
TOTAL PAID              .00         .00         .00         .00            .00
The Debtor's attorney, KAREN WALIN                  , was allowed $    3500.00
and was paid $   1000.00  direct and $   1643.69  through the plan.

The Trustee received $      77.45 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 04/17/08                      /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 17548 DAVID W. KARIOTT & JOWANNA KARIOTT